**STATE of Vermont v. Hollis J. MCDONALD**

[674 A.2d 797]

No. 94-476

February 26, 1996. Appellant has failed to show that the district court abused its discretion, under V.R.Cr.P. 16.2(c), in ordering that the originals of complainant's letters and diaries be returned to complainant and that all copies be turned over to the district court for destruction. See *State v. Vincent*, 156 Vt. 259, 263-64, 591 A.2d 65, 68 (1991) (trial court has broad discretion in controlling discovery).

*Affirmed.*